Office No.
Index No. 08CIV4224

U.S. DISTRICT COURT, SOUTHERN DISTRICT OF NY

YVETTE GONZALEZ, AS ADMINISTRATRIX OF THE ESTATE OF CENIYA ESOUERETTE AND YVETTE GONZALEZ

-against-

AUREA ANDREA TANCUNGCO DELEON, M.D., ET AL

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK )
COUNTY OF NEW YORK )

Personal Service
Business / Agency

**TEDDY VALCIN**, being duly sworn, deposes and says:

I am over the age of 18 years, am not party to this action, and reside in the State of New York.

That on **5/8/2008**, at **1:54pm**, at Jacob K. Javits Federal Building 26 Federal Plaza New York, NY 10278

I served the **Summons and Complaint and Notice Regarding Availability of Electronic Filing**

Upon **The United States of America**,

by delivering a true copy bearing Index # 08CIV4224

to **Mary Alice Kozak**, Legal Clerk.

Deponent knew the person so served to be an agent authorized to accept on behalf of the entity to be served.

Deponent describes the person so served to the best of deponent's ability at the time and circumstances of service as follows:

**Sex: Female; Color: White; Hair: Brown; Approx. Age: 40; Approx. Height: 5'6";
Approx. Weight: 140; Other: Glasses**

Sworn to before me on 5/15/2008:

Denise Lowe
Notary Public, State of New York
No. 01LO6168083
Qualified in New York County
Commission Expires 6/4/2011

TEDDY VALCIN
NYC License # - 1103442

15196

Attorney/Client: ANTHONY T. DIPIETRO
233 BROADWAY 5th Flr., NEW YORK, NY 10279
Phone: (212) 233-3600

SERVICE AGENT: National Process Service
20 Vesey Street, New York, NY 10007-2953
Phone (212) 349-3776 (109940)