Office No.

U.S. DISTRICT COURT, SOUTHERN DISTRICT OF NY

Index No. 08CV4224

YVETTE GONZALEZ, AS ADMINISTRATRIX OF THE ESTATE OF CENIYA ESOUERETTE AND YVETTE GONZALEZ

-against-

AUREA ANDREA TANCUNGCO DELEON, M.D., ET AL

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK )
COUNTY OF NEW YORK )

**Substituted Service**

**DAVID GOLDBERG**, being duly sworn, deposes and says:

I am over the age of 18 years, am not party to this action, and reside in the State of New York.

That on **5/20/2008**, at **12:01pm**, at **279 East 3rd Street 6th flr New York, NY 10009**
I served the **Summons and Complaint and Notice Regarding Availability of Electronic Filing**
Upon **Dr. Karen Chiu**, by delivering a true copy bearing Index # 08CV4224
to a person of suitable age and discretion,
to wit: **Christina Sanchez, co-worker,**
who verified that the intended recipient actually resides/is employed at this location.

Deponent describes the person so served to the best of deponent's ability at the time and circumstances of service as follows:

**Sex: Female; Color: White; Hair: Red; Approx. Age: 50-54; Approx. Height: 5'5";
Approx. Weight: 135; Other:**

That on 5/27/2008, your deponent mailed another true copy of same by first class mail properly
enclosed and sealed in a postpaid wrapper addressed to the recipient at:
**279 East 3rd Street 6th flr New York, NY 10009**
in an envelope bearing the legend "Personal and Confidential" and not indicating on the outside thereof, by return address or otherwise, that the communication is from an attorney or concerns an action against the recipient. Said envelope was deposited in an official depository under exclusive care and custody of the U.S. Postal Service in the State of New York.

That at the time of service as aforesaid, I asked person so served or person spoken to whether the intended recipient was in the military service of State of New York or the United States and received a negative reply. Upon information and belief based upon the conversation and observation as aforesaid, I aver that the intended recipient is not in the military service of the State of New York or the United States as that term is defined in the statutes of the State of New York or Servicemembers' Civil Relief Act.

Sworn to before me on 5/27/2008:

Denise Lowe
Notary Public, State of New York
No. 01LO6168083
Qualified in New York County
Commission Expires 6/4/2011

DAVID GOLDBERG
NYC License # - 916033

15671

Attorney: ANTHONY T. DIPIETRO
233 BROADWAY 5th Flr., NEW YORK, NY 10279
Phone: (212) 233-3600

SERVICE AGENT: National Process Service
20 Vesey Street, New York, NY 10007-2953
Phone (212) 349-3776 (110148)