ORIGINAL

Office No.
Index No. 08CIV4224

U.S. DISTRICT COURT, SOUTHERN DISTRICT OF NY

YVETTE GONZALEZ, AS ADMINISTRATRIX OF THE ESTATE OF CENIYA ESOUERETTE AND YVETTE GONZALEZ

-against-

AUREA ANDREA TANCUNGCO DELEON, M.D., ET AL

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK )
COUNTY OF NEW YORK )

**Personal Service**
**Business / Agency**

**DAVID GOLDBERG**, being duly sworn, deposes and says:

I am over the age of 18 years, am not party to this action, and reside in the State of New York.

That on **5/6/2008**, at **11:01 AM**, at **C/o Ryan-Nena Community Health 279 East 3rd Street New York, NY 10009**

I served the **Summons and Complaint and Notice Regarding Availability of Electronic Filing**

Upon **Aurea Andrea Tancungco Deleon, M.D.**,

by delivering a true copy bearing Index # 08CIV4224

to **Marlene Ford**, Managing Agent.

Deponent knew the person so served to be an agent authorized to accept on behalf of the entity to be served.

Deponent describes the person so served to the best of deponent's ability at the time and circumstances of service as follows:

**Sex: Female; Color: Black; Hair: Black; Approx. Age: 50-54; Approx. Height: 5'5";**
**Approx. Weight: 135; Other:**

Sworn to before me on 5/7/2008:

Denise Lowe
Notary Public, State of New York
No. 01LO6168083
Qualified in New York County
Commission Expires 6/4/2011

DAVID GOLDBERG
NYC License # - 916033

15192

Attorney/Client: ANTHONY T. DIPIETRO
233 BROADWAY 5th Flr., NEW YORK, NY 10279
Phone: (212) 233-3600

SERVICE AGENT: National Process Service
20 Vesey Street, New York, NY 10007-2953
Phone (212) 349-3776 (109940)

ORIGINAL

Office No.
Index No. 08CIV4224

U.S. DISTRICT COURT, SOUTHERN DISTRICT OF NY

YVETTE GONZALEZ, AS ADMINISTRATRIX OF THE ESTATE OF CENIYA ESOUERETTE AND YVETTE GONZALEZ

-against-

AUREA ANDREA TANCUNGCO DELEON, M.D., ET AL

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK )
COUNTY OF NEW YORK )

**Personal Service**
**Business / Agency**

**DAVID GOLDBERG**, being duly sworn, deposes and says:

I am over the age of 18 years, am not party to this action, and reside in the State of New York.

That on **5/6/2008**, at **11:01 AM**, at **C/o Ryan-Nena Community Health 279 East 3rd Street New York, NY 10009**

I served the **Summons and Complaint and Notice Regarding Availability of Electronic Filing**

Upon **Randi Brown**,

by delivering a true copy bearing Index # 08CIV4224

to **Marlene Ford**, Managing Agent.

Deponent knew the person so served to be an agent authorized to accept on behalf of the entity to be served.

Deponent describes the person so served to the best of deponent's ability at the time and circumstances of service as follows:

**Sex: Female; Color: Black; Hair: Black; Approx. Age: 50-54; Approx. Height: 5'5";**
**Approx. Weight: 135; Other:**

Sworn to before me on 5/7/2008:

Denise Lowe
Notary Public, State of New York
No. 01LO6168083
Qualified in New York County
Commission Expires 6/4/2011

DAVID GOLDBERG
NYC License # - 916033

15194

Attorney/Client: ANTHONY T. DIPIETRO
233 BROADWAY 5th Flr., NEW YORK, NY 10279
Phone: (212) 233-3600

SERVICE AGENT: National Process Service
20 Vesey Street, New York, NY 10007-2953
Phone (212) 349-3776 (109940)

ORIGINAL

Office No.
Index No. 08CIV4224

U.S. DISTRICT COURT, SOUTHERN DISTRICT OF NY

YVETTE GONZALEZ, AS ADMINISTRATRIX OF THE ESTATE OF CENIYA ESOUERETTE AND YVETTE GONZALEZ

-against-

AUREA ANDREA TANCUNGCO DELEON, M.D., ET AL

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK )
COUNTY OF NEW YORK )

**Personal Service**
**Business / Agency**

**DAVID GOLDBERG**, being duly sworn, deposes and says:

I am over the age of 18 years, am not party to this action, and reside in the State of New York.

That on **5/6/2008**, at **11:01 AM**, at **C/o Ryan-Nena Community Health 279 East 3rd Street New York, NY 10009**

I served the **Summons and Complaint and Notice Regarding Availability of Electronic Filing**

Upon **Virginia Fonseca**,

by delivering a true copy bearing Index # 08CIV4224

to **Marlene Ford**, Managing Agent.

Deponent knew the person so served to be an agent authorized to accept on behalf of the entity to be served.

Deponent describes the person so served to the best of deponent's ability at the time and circumstances of service as follows:

**Sex: Female; Color: Black; Hair: Black; Approx. Age: 50-54; Approx. Height: 5'5";**
**Approx. Weight: 135; Other:**

Sworn to before me on 5/7/2008:

Denise Lowe
Notary Public, State of New York
No. 01LO6168083
Qualified in New York County
Commission Expires 6/4/2011

DAVID GOLDBERG
NYC License # - 916033

15195

Attorney/Client: ANTHONY T. DIPIETRO
233 BROADWAY 5th Flr., NEW YORK, NY 10279
Phone: (212) 233-3600

SERVICE AGENT: National Process Service
20 Vesey Street, New York, NY 10007-2953
Phone (212) 349-3776 (109940)

ORIGINAL

Office No.
Index No. 08CIV4224

U.S. DISTRICT COURT, SOUTHERN DISTRICT OF NY

YVETTE GONZALEZ, AS ADMINISTRATRIX OF THE ESTATE OF CENIYA ESOUERETTE AND YVETTE GONZALEZ

-against-

AUREA ANDREA TANCUNGCO DELEON, M.D., ET AL

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK )
COUNTY OF NEW YORK )

**Personal Service**
**Business / Agency**

**DAVID GOLDBERG**, being duly sworn, deposes and says:

I am over the age of 18 years, am not party to this action, and reside in the State of New York.

That on **5/6/2008**, at **11:06 AM**, at **Health Center 279 East 3rd Street New York, NY 10009**

I served the **Summons and Complaint and Notice Regarding Availability of Electronic Filing**

Upon **Ryan Nena Community**,

by delivering a true copy bearing Index # 08CIV4224

to **Marlene Ford**, Managing Agent.

Deponent knew the person so served to be an agent authorized to accept on behalf of the entity to be served.

Deponent describes the person so served to the best of deponent's ability at the time and circumstances of service as follows:

**Sex: Female; Color: Black; Hair: Black; Approx. Age: 50-54; Approx. Height: 5'5";**
**Approx. Weight: 135; Other:**

Sworn to before me on 5/7/2008:

Denise Lowe
Notary Public, State of New York
No. 01LO6168083
Qualified in New York County
Commission Expires 6/4/2011

DAVID GOLDBERG
NYC License # - 916033

15197

Attorney/Client: ANTHONY T. DIPIETRO
233 BROADWAY 5th Flr., NEW YORK, NY 10279
Phone: (212) 233-3600

SERVICE AGENT: National Process Service
20 Vesey Street, New York, NY 10007-2953
Phone (212) 349-3776 (109940)

ORIGINAL

Office No.
Index No. 08CIV4224

U.S. DISTRICT COURT, SOUTHERN DISTRICT OF NY

YVETTE GONZALEZ, AS ADMINISTRATRIX OF THE ESTATE OF CENIYA ESOUERETTE AND YVETTE GONZALEZ

-against-

AUREA ANDREA TANCUNGCO DELEON, M.D., ET AL

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK   )
COUNTY OF  NEW YORK )

**Personal Service**
**Business / Agency**

**DAVID GOLDBERG**, being duly sworn, deposes and says:

I am over the age of 18 years, am not party to this action, and reside in the State of New York.

That on **5/6/2008**, at **2:01 PM**, at **353 East 17th Floor New York, NY 10003**

I served the **Summons and Complaint and Notice Regarding Availability of Electronic Filing**

Upon **Beth Israel Medical Center**,

by delivering a true copy bearing Index # 08CIV4224

to **Leslie Vaughan**, Managing Agent.

Deponent knew the person so served to be an agent authorized to accept on behalf of the entity to be served.

Deponent describes the person so served to the best of deponent's ability at the time and circumstances of service as follows:

**Sex: Female; Color: White; Hair: Blonde; Approx. Age: 50-54; Approx. Height: 5'5"; Approx. Weight: 120; Other:**

Sworn to before me on 5/7/2008

Denise Lowe
Notary Public, State of New York
No. 01LO6168083
Qualified in New York County
Commission Expires 6/4/2011

DAVID GOLDBERG
NYC License # 916033

15198

Attorney/Client: ANTHONY T. DIPIETRO
233 BROADWAY 5th Flr., NEW YORK, NY 10279
Phone: (212) 233-3600

SERVICE AGENT: National Process Service
20 Vesey Street, New York, NY 10007-2953
Phone (212) 349-3776  (109940)