MICHAEL J. GARCIA
United States Attorney for the
Southern District of New York
By: JEAN-DAVID BARNEA
Assistant United States Attorney
86 Chambers Street, 3rd Floor
New York, New York 10007
Tel. No.: (212) 637-2679
Fax No.: (212) 637-2717
E-mail: Jean-David.Barnea@usdoj.gov

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| YVETTE GONZALEZ as Administratrix of the Estate of CENIYA ESQUERETTE, and YVETTE GONZALEZ, Individually,<br><br>        Plaintiffs,<br><br>        v.<br><br>AUREA ANDREA TANCUNGCO DELEON, M.D., KAREN CHIU, M.D., RANDI BROWN, LPN, VIRGINIA FONSECA, LPN, the UNITED STATES OF AMERICA, RYAN-NENA COMMUNITY HEALTH CENTER, and BETH ISRAEL MEDICAL CENTER,<br><br>        Defendants. | ECF CASE<br><br>No. 08 Civ. 04224 (RWS)<br><br>**NOTICE OF APPEARANCE** |

TO:    Clerk of Court
         United States District Court
         Southern District of New York

       The undersigned attorney respectfully requests the Clerk to note his appearance in this case on behalf of Defendants the United States of America and the Ryan-NENA Community Health Center and to add him as an Attorney to whom Notices of Electronic Filing should be transmitted in this case.

Respectfully submitted,

MICHAEL J. GARCIA
United States Attorney for the
Southern District of New York

By:   /s/ Jean-David Barnea
JEAN-DAVID BARNEA
Assistant United States Attorney
Telephone: (212) 637-2679

TO:   MICHAEL FISCHBEIN, ESQ.
Counsel for Plaintiffs
Law Office of Anthony T. DiPietro
The Woolworth Building
233 Broadway, Fifth Floor
New York, NY 10279

STEVEN C. MANDELL, ESQ.
Counsel for Defendant Beth Israel Medical Center
Aaronson Rappaport Feinstein & Deutsch, LLP
757 Third Avenue
New York, NY 10017