```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/16/08
```

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

86 Chambers Street, 3rd Floor
New York, New York 10007

July 8, 2008

**BY FACSIMILE (212) 805-7925**
The Honorable Robert W. Sweet
United States District Judge
United States Courthouse
500 Pearl Street, Room 1920
New York, NY 10007

*RECEIVED JUL 0 8 2008 JUDGE SWEET CHAMBERS*

    Re: <u>Gonzalez v. DeLeon</u>, 08 Civ. 4224 (RWS)

Dear Judge Sweet:

    I write respectfully on behalf of Defendants the United States of America and Ryan-NENA Community Health Center, to request a 30-day extension of time, from the current deadline of Monday, July 14, 2008 to Wednesday, August 13, 2008, to answer or otherwise respond to the complaint in the above-referenced action. I request this extension of time in order to obtain and review documents related to this action from the Department of Health and Human Services. No previous extensions have been requested or granted in this matter.

    Both Plaintiffs' counsel, Mr. Anthony DiPietro, and counsel for Defendant Beth Israel Medical Center, Mr. Steven Mandell, have consented to this extension.

    I thank the Court for its consideration of this matter.

*So ordered*
*Sweet USDJ*
*7-12-08*

Respectfully,

MICHAEL J. GARCIA
United States Attorney

By: _____
JEAN-DAVID BARNEA
Assistant United States Attorney
Telephone: (212) 637-2679
Facsimile: (212) 637-2717

cc: <u>BY FACSIMILE</u>
 ANTHONY DIPIETRO, ESQ.
 Counsel for Plaintiffs
 Law Office of Anthony T. DiPietro
 The Woolworth Building
 233 Broadway, Fifth Floor
 New York, NY 10279
 Fax (212) 346-0876

 STEVEN C. MANDELL, ESQ.
 Counsel for Defendant Beth Israel Medical Center
 Aaronson Rappaport Feinstein & Deutsch, LLP
 757 Third Avenue
 New York, NY 10017
 Fax (212) 593-6970