

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

*86 Chambers Street, 3rd Floor*
*New York, New York 10007*

July 8, 2008

**BY FACSIMILE (212) 805-7925**
The Honorable Robert W. Sweet
United States District Judge
United States Courthouse
500 Pearl Street, Room 1920
New York, NY 10007

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/17/08
```

Re: <u>Gonzalez v. DeLeon</u>, 08 Civ. 4224 (RWS)

Dear Judge Sweet:

    I write respectfully on behalf of Defendants the United States of America and Ryan-NENA Community Health Center, to request a 30-day extension of time, from the current deadline of Monday, July 14, 2008 to Wednesday, August 13, 2008, to answer or otherwise respond to the complaint in the above-referenced action. I request this extension of time in order to obtain and review documents related to this action from the Department of Health and Human Services. No previous extensions have been requested or granted in this matter.

    Both Plaintiffs' counsel, Mr. Anthony DiPietro, and counsel for Defendant Beth Israel Medical Center, Mr. Steven Mandell, have consented to this extension.

    I thank the Court for its consideration of this matter.

Respectfully,

MICHAEL J. GARCIA
United States Attorney

By: /s/ Jean-David Barnea
JEAN-DAVID BARNEA
Assistant United States Attorney
Telephone: (212) 637-2679
Facsimile: (212) 637-2717

*So ordered*
*Sweet**
*USDJ*
*7.14.08*

cc: <u>BY FACSIMILE</u>
ANTHONY DiPIETRO, ESQ.
Counsel for Plaintiffs
Law Office of Anthony T. DiPietro
The Woolworth Building
233 Broadway, Fifth Floor
New York, NY 10279
Fax (212) 346-0876

STEVEN C. MANDELL, ESQ.
Counsel for Defendant Beth Israel Medical Center
Aaronson Rappaport Feinstein & Deutsch, LLP
757 Third Avenue
New York, NY 10017
Fax (212) 593-6970