UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------x

YVETTE GONZALES, as Administrator of
the Estate of CENIYA ESQUERETTE, and
YVETTE GONZALES, individually,

                 Plaintiff,

  - against -

BETH ISRAEL MEDICAL CENTER, ET AL.,

                 Defendants.

------------------------------------X

08 Civ. 04224 (RWS)

OPINION

**Sweet, D.J.**

       The Compromise Order, dated April 25, 2011 and docketed April 26, 2011, is hereby vacated and amended as follows: The claims against the remaining defendant, Beth Israel Medical Center, shall not be remanded to the New York Supreme Court but instead dismissed without prejudice, pursuant to 28 U.S.C. § 1367(c)(3). The period of limitations for any claim asserted against the remaining defendant shall be tolled for a period of 30 days after the issuance of this order, unless state law provides for a longer tolling period. 28 U.S.C. § 1367(d).

       It is so ordered.

New York, NY
May 5, 2011

_____
ROBERT W. SWEET
U.S.D.J.